UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**Henry Serech Chom,**

                              Petitioner,

    -against-

**Kristi Noem,** *et al.*,

                              Respondent.
-----------------------------------------------------------X

O R D E R

26-CV-00597 (RER)

**RAMÓN E. REYES, JR., District Judge:**

      For the reasons stated on the record at the February 10, 2026, hearing, the petition for writ of habeas corpus [1] is granted. Petitioner, Henry Serech Chom (Alien Number 220-955-862), is to be released forthwith. Respondents are directed to file a letter regarding their compliance with this order no later than **12:00 P.M. on February 11, 2026**.

SO ORDERED.

Dated: February 10, 2026
       Brooklyn, New York

                                          /s/ Ramón E. Reyes, Jr.
                                          U.S. District Judge, EDNY