**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
Henry Serech Chom,

                Petitioner,

     - against -

Kristi Noem; Judith Almodovar; Pamela Bondi; and
Raul Maldonado,

              Respondents.
------------------------------------------------------------X

**ORDER**

No. 26-CV-00597 (RER)

**RAMÓN E. REYES, JR., District Judge:**

    The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: February 13, 2026
       Brooklyn, New York