**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
Henry Serech Chom,

Plaintiff,

-against-

Kristi Noem, Judith Almodovar, Pamela Bondi, and Raul Maldonado,

Defendants.
---------------------------------------------------------------X

**ORDER**

26-CV-00597 (RER)

**RAMÓN E. REYES, JR., District Judge:**

Petitioner's motion for attorney's fees (ECF No. 15) is granted. *See Merlo Puerto v. Leeper*, 834 F. Supp. 3d 337, 343–46 (E.D.N.Y. 2026); *Akhmadaliev v. Maldonado*, No. 26-CV-2345, 2026 WL 2335576, at *1 (E.D.N.Y. Aug. 12, 2026); *Singh v. Maldonado*, No. 26-CV-02212 (NRM), 2026 WL 1975170, at *1 (E.D.N.Y. July 8, 2026); *Pliego v. Noem*, 835 F. Supp. 3d 374, 376–77 (E.D.N.Y. 2026); *Galeas Miranda v. Maldonado*, No. 25-CV-6882 (PKC), 2026 WL 2031685, at *3–5 (E.D.N.Y. July 14, 2026); *Rahman v. Almodovar et al.*, No. 25 Civ. 10203 (KPF), 2026 WL 2410027, at *3–5 (S.D.N.Y. Aug. 18, 2026).

SO ORDERED.

/s/ Ramón E. Reyes, Jr.

RAMÓN E. REYES, JR.
United States District Judge

Dated: October 22, 2026
Brooklyn, New York